In the Matter of the Application of THE CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Title to and Possession of Certain Lands and Premises that Are Not Now Owned by the City of New York, Situated in the Blocks Bounded by and Included in the Rectangle of the Following Streets, to Wit: Bushwick Avenue, etc., in the Borough of Brooklyn, County of Kings, City of New York, Pursuant to a Project, Plan or Undertaking Determined upon by the New York City Housing Authority and Approved According to Law. THE CITY OF NEW YORK, Respondent; ISIDORE GERBER, ISIDORE FELLER and EDITH HINDIN, Appellants.— Motion to dismiss appeals from order dated June 3, 1935, granted and appeals dismissed. The

order was granted by default and is not appealable. (*Matter of Public Service Commission [Flatbush Avenue Extension-Fourth Avenue Subway - Proceeding No. 2*], 167 App. Div. 908.) Present — Carswell, Tompkins, Davis and Johnston, JJ.